WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MONA GROGAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SR CONSTRUCTION, INC., a domestic corporation.<br><br>Defendant. | CASE NO: 3:20-cv-00597-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel of record, that this matter be dismissed with prejudice, each party to bears its own costs and attorneys' fees.

Dated: June 15, 2021   THE GEDDES LAW FIRM, P.C.

*Electronic signature authorized*

*/s/* Kristen Geddes, Esq.
_____
William J. Geddes, Esq.
Nevada Bar No. 6984
Kristen R. Geddes
Nevada Bar No. 9027
1575 Delucchi Lane, Suite 206
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@thegeddeslawfirm.com
Email: Kristen@thegeddeslawfirm.com
*Attorneys for Plaintiff*

1

Dated: June 15, 2021

GORDON REES SCULLY MANSUKHANI, LLP

*Electronic signature authorized*

*/s/* Brad Weintraub, Esq.

Brad M. Weintraub, Esq. (*Pro Hac Vice*)
California Bar No. 299298
275 Battery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 986-5900
Fax: (415) 986-8054
E-mail: bweintraub@grsm.com
*Attorneys for Defendant*

Dated: June 15, 2021

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **June 15, 2021**, I caused to be served a copy of the foregoing *Stipulation and Order for Dismissal*, by filing the same with the Court's electronic filing system (PACER), addressed to the following:

Brian K. Walters, Esq.
Nevada Bar No. 9711
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, NV 89101
E-mail: bwalters@grsm.com

Brad M. Weintraub, Esq. (*Pro Hac Vice*)
California Bar No. 299298
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
E-mail: bweintraub@grsm.com

*Attorneys for Defendant*

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kristen Geddes, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　An employee of the Geddes Law Firm, P.C.